IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ARTHUR DEAN SCHOTT,**

      **Plaintiff,**

v.                                        No. CIV-13-0123 LAM

**CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,**

      **Defendant.**

## ORDER GRANTING UNOPPOSED MOTION TO REVERSE AND REMAND

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion to Reverse and Remand (Doc. 21)*, filed December 18, 2012. After consideration of the motion and supporting Memorandum Brief [*Doc. 22*], the Court finds that the motion is well-taken and should be **GRANTED** and that:

    1.    Judgment should be entered reversing the decision of the Defendant and remanding this case to the Defendant for further administrative action pursuant to sentence four (4) of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

    2.    Upon remand, the Appeals Council shall return the case to an Administrative Law Judge (ALJ) who shall:

        (a)  evaluate the medical evidence related to the period at issue;

        (b)  provide a rationale in support of the residual functional capacity finding;

        (c)  evaluate the credibility of Plaintiff's allegations;

  (d) evaluate Plaintiff's ability to perform his past relevant work and, if warranted,

  (e) obtain vocational evidence to determine the effect, if any, that Plaintiff's limitations impose upon his occupational base.

 **IT IS SO ORDERED**.

             */s/ Lourdes A. Martínez*
             **HONORABLE LOURDES A. MARTÍNEZ**
             **UNITED STATES MAGISTRATE JUDGE**
             **Presiding by Consent**

Submitted and approved by: *(Prior to modification by the Court)*:

*Electronically submitted on 12/19/13*
MANUEL LUCERO, Assistant United States Attorney
Attorney for Defendant

*Electronically approved on 12/18/13*
Michael D. Armstrong
Francesca MacDowell
Attorneys for Plaintiff