IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARTHUR DEAN SCHOTT,

      Plaintiff,

v.                                                                 No. CIV-13-0123 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

      Defendant.

## RULE 58 FINAL JUDGMENT

**THIS MATTER** has come before the Court on Defendant's *Unopposed Motion to Reverse and Remand (Doc. 21)*. An Order remanding the case to Defendant Commissioner has been entered.

The Court enters this Final Judgment under FED. R. CIV. P. 58 remanding this case to Defendant Commissioner for further administrative action.

**IT IS SO ORDERED.**

                        */s/ Lourdes A. Martínez*
                        **HONORABLE LOURDES A. MARTÍNEZ**
                        **UNITED STATES MAGISTRATE JUDGE**
                        **Presiding by Consent**